**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

        **v.**                  No. 09-50006

**RAMON MANUEL RODRIGUEZ-MARTINEZ**                     **DEFENDANT**

### O R D E R

Now on this 15th day of September, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 31) to which there are no objections. The Court, being well and sufficiently advised, has reviewed the Report and Recommendation and finds it sound in all respects.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 31) is **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendant's **Motion to Vacate** (Doc. 25) is **denied**.

**IT IS SO ORDERED.**

                                           **/s/ Jimm Larry Hendren**
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT COURT**